STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Email:           Shilpi_Agarwal@fd.org

Counsel for Defendant Anthony Bergess

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 15-00195 VC |
|---|---|
| Plaintiff, | **[PROPOSED] STIPULATED ORDER CONTINUING CHANGE OF PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| ANTHONY BERGESS, | |
| Defendant. | |

*Bergess,* CR 15-195
STIP. CONT. ORD.

1  The above-entitled matter is currently scheduled for a Change of Plea/Trial Setting Conference on June 23, 2015 at 1:00 pm.  *See* Doc. No. 7.  The parties jointly request that, subject to the Court's approval, this hearing be continued by two weeks, until July 7, 2015 at 1:00 pm.

The parties made their initial appearance before this Court on May 5, 2015.  At that conference, the parties informed the Court that their discussions regarding a possible resolution to this matter would benefit from a pre-plea presentence report.  The Court according requested such a report from the Probation Office.  The parties expect to receive that report around mid-June.

Counsel for the defendant recently had a trial set for June 22, 2015.  Counsel expects the trial to last anywhere from one week to ten days.  In order to ensure that the parties can review the pre-plea presentence report and meaningfully discuss a possible resolution in this matter before the next appearance before this Court, defense counsel requests that the status conference be continued for two weeks.  Defense counsel has conferred with the counsel for the government, who has no objection to this request.   Accordingly, the parties request that upcoming Change of Plea/Trial Setting Conference be continued from June 23, 2015 to July 7, 2015.

This continuance will allow the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  As such, the parties also respectfully request that the time between June 23, 2015 and July 7, 2015 be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED**.

June 5, 2015                                                       /s/
_____                                    _____
DATED                                                         Rita Lin
                                                                      Assistant United States Attorney

*Bergess,* CR 15-195
STIP. CONT. ORD.

June 5, 2015

_____          _____/s/_____
DATED                        SHILPI AGARWAL
                             Assistant Federal Public Defender

**IT IS SO ORDERED.**

 June 8, 2015           _____
DATED                        VINCE CHHABRIA
                              United States District Judge

*Bergess,* CR 15-195
STIP. CONT. ORD.